| | |
|---|---|
| **From:** | Ron Dyer |
| **To:** | John Marshall; Shannon Shaw; Renteria Daniel |
| **Subject:** | Rumors |
| **Date:** | Sunday, January 19, 2025 7:50:26 PM |

Todays rumor:

1. Controlled Force is done on the 24 or 28 of this month. P. Newman has asked the union officials (LOE BPA) to advise the ISS drivers not to go over to Controlled FORCE. She stated there is something in the works for ISS.
2. The union official said he could not do that.
3. Also ISS drivers have stated USBP personnel (MCC or TOM) have stated similar comments concerning Controlled FORCE.

I understand these are unsubstantiated rumors, and you can not comment on anything ISS does, but some information or updates for the people who came over would be greatly appreciated.

As we all know rumors can have adverse actions on morale.

Ronald Dyer
Transportation Officer
5208618323

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.


EXHIBIT I